UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
U.S. BANK NATIONAL ASSOCIATION,

        Plaintiff,

-against-

BROOKLYN MOTOR CARS, INC.,

        Defendant.
------------------------------------------------------x

NOT FOR PUBLICATION
**ORDER**
No. 18-CV-2609 (CBA) (PK)

**AMON, United States District Judge:**

    Plaintiff U.S. Bank National Association filed this breach of contract action against Defendant Brooklyn Motor Cars, Inc. on May 2, 2018. Brooklyn Motor Cars failed to answer or otherwise respond to the complaint and the Clerk of Court entered default on June 29, 2018. U.S. Bank filed a motion for default judgment on July 27, 2018. The Court referred U.S. Bank's motion to the Honorable Peggy Kuo, United States Magistrate Judge, for a Report and Recommendation ("R&R"). Magistrate Judge Kuo concluded that U.S. Bank established that Brooklyn Motor Cars breached its contract with U.S. Bank and recommended entering judgment in favor of U.S. Bank in the amount of $93,181.92—inclusive of the amount due under the contract, pre-judgment interest, attorneys' fees and costs—as well as additional pre- and post-judgment interest.

    No party has objected to the R&R, and the time for doing so has passed. The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the R&R to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).

    The Court has reviewed the record and, finding no clear error, adopts the well-reasoned R&R as the opinion of the Court. Accordingly, the Court directs the Clerk of Court to enter

1

judgment in favor of U.S. Bank National Association in accordance with page fifteen of the R&R, (D.E. # 17 at 15), and to close the case.

SO ORDERED.

Dated: March 26, 2019
      Brooklyn, New York

s/Carol Bagley Amon

Carol Bagley Amon
United States District Judge